ORIGINAL SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
20 FEB 12 PM 4:30

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| JACK DON SIMS | 3-20CR0072-E |

### INFORMATION

The United States Attorney charges:

### Count One
### Engaging in the Business of Dealing in Firearms without a License
(Violation of 18 U.S.C. § 922(a)(1)(A))

On or about September 23, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Jack Don Sims**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. § 922(a)(1)(A), the penalty for which is found at 18 U.S.C. § 924(a)(1)(D).

Forfeiture Notice
(18 U.S.C. §§ 924(d))

Upon conviction for the offense alleged in Count One of this Information and pursuant to 18 U.S.C. § 924(d), the defendant, **Jack Don Sims**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved in the commission of the offense, including, but not limited to the firearms seized from the defendant's residence on or about December 6, 2018, and those specifically listed in Attachment 1 to this Information, and any ammunition and magazine recovered with these firearms.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
BRIAN McKAY
Assistant United States Attorney
Texas Bar No. 24046395
Email:  brian.mckay@usdoj.gov

_____
DAMIEN DIGGS
Assistant United States Attorney
D.C. Bar No. 501-552
Email:  damien.diggs@usdoj.gov

1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:  214.659.8600

## ATTACHMENT 1: FIREARMS SUBJECT TO FORFEITURE

| ASSET ID | ASSET DESCRIPTION |
| --- | --- |
| 19-ATF-007900 | Palmetto State Armory PA-15 Rifle CAL:556 SN:HPO41507 |
| 19-ATF-007901 | Glock Inc. 19 Pistol CAL:9 SN:BFWN975 |
| 19-ATF-007902 | Glock Inc. 17 Pistol CAL:9 SN:BFMV907 |
| 19-ATF-007903 | Heritage MFG. Inc. Rough Rider Revolver CAL:22 SN:U97077 |
| 19-ATF-007904 | Glock Inc. 19 Pistol CAL:9 SN:BGAL317 |
| 19-ATF-007905 | Glock Inc. 19 Pistol CAL:9 SN:BFWN970 |
| 19-ATF-007906 | Palmetto State Armory PSA PA-15 Rifle CAL:556 SN:PA122523 |
| 19-ATF-007907 | Glock Inc. 19 Pistol CAL:9 SN:BFWN968 |
| 19-ATF-007908 | Cobra Enterprises, Inc. / Kodiak Ind. CB38BB Pistol CAL:38 SN:CT222739 |
| 19-ATF-007909 | Palmetto State Armory PSA PA-15 Rifle CAL:300 SN:HP041798 |
| 19-ATF-007910 | Beretta USA Corp PX4 Storm Subcompact Pistol CAL:45 SN:PK19741 |
| 19-ATF-007911 | Keltec, CNC Industries, Inc. P3AT Pistol CAL:380 SN:LH433 |
| 19-ATF-007912 | Heritage MFG. Inc. Rough Rider Revolver CAL:22 SN:W60094 |
| 19-ATF-007913 | Palmetto State Armory PSA PA-15 Rifle CAL:300 SN:HP041799 |
| 19-ATF-007914 | Sccy Industries, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:639747 |
| 19-ATF-007915 | Palmetto State Armory PSA PA-15 Rifle CAL:556 SN:LW351467 |
| 19-ATF-007916 | Beretta USA Corp BU9 Nano Pistol CAL:9 SN:NU153953 |
| 19-ATF-007917 | Palmetto State Armory PSA PA-15 Rifle CAL:556 SN:LW351464 |
| 19-ATF-007918 | Sccy Industries, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:731148 |
| 19-ATF-007919 | Palmetto State Armory PSA PA-15 Rifle CAL:556 SN:HP041784 |
| 19-ATF-007920 | Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:9 SN:RIA2008573 |
| 19-ATF-007921 | Bersa Thunder 380 Pistol CAL:380 SN:H29465 |
| 19-ATF-007922 | Palmetto State Armory PSA PA-15 Rifle CAL:556 SN:LW351466 |
| 19-ATF-007923 | Sccy Industries, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:711375 |
| 19-ATF-007924 | Sccy Industries, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:711374 |
| 19-ATF-007925 | Palmetto State Armory PA-65 Rifle CAL:65 SN:P65001459 |
| 19-ATF-007926 | Taurus International PT111 Pro Pistol CAL:9 SN:TKW98899 |
| 19-ATF-007927 | Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol CAL:45 SN:RIA2005243 |
| 19-ATF-007928 | Glock Inc. 19 Pistol CAL:9 SN:BHKZ644 |
| 19-ATF-007929 | Palmetto State Armory PA-65 Rifle CAL:6.5 SN:P65001457 |
| 19-ATF-007930 | Keltec, CNC Industries, Inc. P3AT Pistol CAL:380 SN:LGY74 |
| 19-ATF-007931 | Cimarron Uberti Bisley Revolver CAL:357 SN:P39762 |
| 19-ATF-007932 | Keltec, CNC Industries, Inc. P3AT Pistol CAL:380 SN:LH460 |
| 19-ATF-007933 | Palmetto State Armory PSA PA-15 Rifle CAL:5.56 SN:P65001470 |
| 19-ATF-007934 | Glock Inc. 17 Pistol CAL:9 SN:BFMV885 |
| 19-ATF-007935 | Uberti, Aldo Thunderball Revolver CAL:38 SN:U10032 |
| 19-ATF-007936 | Glock Inc. 19 Pistol CAL:9 SN:BFWN891 |
| 19-ATF-007937 | DPMS INC.(Defense Procurement MFG. Services) A15 Rifle CAL:556 SN:DKF915224 |
| 19-ATF-007938 | Ruger Mark II Pistol CAL:22 SN:218-84422 |
| 19-ATF-007939 | Llama (Gabilondo & CIA) 1911 Pistol CAL:45 SN:B68066 |
| 19-ATF-007940 | Glock Inc. 41GEN4 Pistol CAL:45 SN:YEU018 |
| 19-ATF-007941 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048104 |
| 19-ATF-007942 | Sig-Sauer P226 Pistol CAL:357 SN:UU606014 |

**ATTACHMENT 1: FIREARMS SUBJECT TO FORFEITURE**

| ASSET ID | ASSET DESCRIPTION |
|---|---|
| 19-ATF-007943 | Taurus International PT1911 Pistol CAL:45 SN:NHP28043 |
| 19-ATF-007944 | HS Products (IM Metal) XD40 Pistol CAL:40 SN:US198710 |
| 19-ATF-007945 | CZ (Ceska Zbrojovka) CZ P-09 Pistol CAL:9 SN:B689624 |
| 19-ATF-007946 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048089 |
| 19-ATF-007947 | HS Products (IM Metal) XD9 Pistol CAL:9 SN:US984275 |
| 19-ATF-007948 | HS Products (IM Metal) XD45 Pistol CAL:45 SN:XD662820 |
| 19-ATF-007949 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048100 |
| 19-ATF-007950 | Hatsan Arms Co.(Silah Makina Kalip San. TIC. LTD.) Escort Shotgun CAL:12 SN:587100 |
| 19-ATF-007951 | Rossi R223HB Rifle CAL:223 SN:AS054569 |
| 19-ATF-007952 | Ruger American Rifle Rifle CAL:30-06 SN:697-30394 |
| 19-ATF-007953 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048098 |
| 19-ATF-007954 | Mauser Unknown Rifle CAL:270 SN:04537 |
| 19-ATF-007955 | Russian SKS Rifle CAL:762 SN:CCCP47827 |
| 19-ATF-007956 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048102 |
| 19-ATF-007957 | Stoeger 3020 Shotgun CAL:20 SN:1504716 |
| 19-ATF-007958 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048103 |
| 19-ATF-007959 | High Standard JC Higgins 20-12 Shotgun CAL:12 SN:Unknown |
| 19-ATF-007960 | Winchester 94 Rifle CAL:30-30 SN:4896855 |
| 19-ATF-007961 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048097 |
| 19-ATF-007962 | Rossi R243YBS Rifle CAL:243 SN:CA069470 |
| 19-ATF-007963 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048101 |
| 19-ATF-007964 | Savage M1 Rifle CAL:303 SN:34C5088 |
| 19-ATF-007965 | Tristar Cobra Shotgun CAL:12 SN:A10366 |
| 19-ATF-007966 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048093 |
| 19-ATF-007967 | DPMS Inc. (Defense Procurement MFG. Services) A15 Rifle CAL:Unknown SN:FFH239350 |
| 19-ATF-007968 | Palmetto State Armory PA65 Rifle CAL:65 SN:P65001460 |
| 19-ATF-007969 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048094 |
| 19-ATF-007970 | Palmetto State Armory PA-65 Rifle CAL:65 SN:P65001461 |
| 19-ATF-007971 | Palmetto State Armory PA-15 Receiver/Frame CAL:Multi SN:PI048099 |
| 19-ATF-007972 | Palmetto State Armory PA-15 Rifle CAL:556 SN:HP041788 |
| 19-ATF-007973 | Palmetto State Armory PA-15 Rifle CAL:556 SN:HP041785 |
| 19-ATF-007974 | Taurus International G26 Pistol CAL:9 SN:TLR61153 |
| 19-ATF-007975 | Ruger Ranch Rifle Rifle CAL:223 SN:185-53625 |
| 19-ATF-007976 | Palmetto State Armory PA-65 Rifle CAL:65 SN:P65001464 |
| 19-ATF-007977 | Glock Inc. 19 Pistol CAL:9 SN:BFWN967 |
| 19-ATF-007978 | Palmetto State Armory PA-15 Rifle CAL:Unknown SN:PA120825 |
| 19-ATF-007979 | Palmetto State Armory PA-15 Rifle CAL:Unknown SN:PA119535 |
| 19-ATF-007980 | Palmetto State Armory PA-15 Rifle CAL:Unknown SN:PA122525 |
| 19-ATF-007981 | Bushmaster Firearms AR-15 Rifle CAL:223 SN:BFI604502 |
| 19-ATF-007982 | Keltec, CNC Industries, Inc. Sub-2000 Rifle CAL:9 SN:EQV45 |
| 19-ATF-007983 | Palmetto State Armory PA-15 Rifle CAL:Unknown SN:LW341370 |
| 19-ATF-007984 | Palmetto State Armory PA-15 Rifle CAL:Unknown SN:PI024400 |
| 19-ATF-007998 | Palmetto State Armory PA-15 Rifle CAL:Multi SN:HP041971 |

ATTACHMENT 1: FIREARMS SUBJECT TO FORFEITURE

| ASSET ID | ASSET DESCRIPTION |
| --- | --- |
| 19-ATF-007999 | Palmetto State Armory PA-15 Rifle CAL:Multi SN:HP041963 |
| 19-ATF-008000 | Palmetto State Armory PG-9 Rifle CAL:9 SN:PS9G010581 |
| 19-ATF-008001 | Benelli, S. PA. M1 Super 90 Shotgun CAL:12 SN:M407416 |
| 19-ATF-008002 | Sig Sauer (SIG-ARMS) P229 Pistol CAL:40 SN:AL57217 |
| 19-ATF-008004 | Diamondback Arms Inc. DB9 Pistol CAL:9 SN:YK1546 |
| 19-ATF-008005 | Ruger LCP Pistol CAL:380 SN:372182729 |
| 19-ATF-008006 | Ruger LCP Pistol CAL:380 SN:372182704 |
| 19-ATF-008007 | Ruger LCP Pistol CAL:380 SN:372182702 |
| 19-ATF-008008 | Ruger LCP Pistol CAL:380 SN:372182730 |
| 19-ATF-008009 | Ruger LCP Pistol CAL:380 SN:372182732 |
| 19-ATF-008010 | Ruger LCP Pistol CAL:380 SN:372182703 |
| 19-ATF-008011 | Ruger LCP Pistol CAL:380 SN:372182735 |
| 19-ATF-008012 | Ruger LCP Pistol CAL:380 SN:372182738 |
| 19-ATF-008013 | Ruger LCP Pistol CAL:380 SN:372182574 |
| 19-ATF-008014 | Ruger LCP Pistol CAL:380 SN:372182710 |
| 19-ATF-008015 | Diamondback Arms Inc. DB9 Pistol CAL:9 SN:YK1373 |
| 19-ATF-008017 | Diamondback Arms Inc/ DB9 Pistol CAL:9 SN:YK1548 |
| 19-ATF-008019 | Diamondback Arms Inc. DB9 Pistol CAL:9 SN:YK1547 |
| 19-ATF-008021 | Palmetto State Armory PG-9 Rifle CAL:9 SN:PS9G003523 |
| 19-ATF-008023 | Palmetto State Armory PG-9 Rifle CAL:9 SN:PS9G003525 |
| 19-ATF-008025 | Ruger American Pistol Pistol CAL:9 SN:860-74333 |
| 19-ATF-008034 | Palmetto State Armory PG-9 Rifle CAL:9 SN:PS9G010577 |
| 19-ATF-008035 | Palmetto State Armory PG-9 Rifle CAL:9 SN:PS9G003536 |
| 19-ATF-008036 | Glock Inc. 27 Pistol CAL:40 SN:TZN618 |